**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| CITY OF JACKSONVILLE, FLORIDA and JEA,<br><br>            Plaintiffs,<br><br>      v.<br><br>MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA,<br><br>            Defendant. | Case No.:  3:18-cv-01174-BDJ-JRK |

**INDEX OF EXHIBITS TO THE DECLARATION OF NEIL WOLK IN SUPPORT OF DEFENDANT'S OPPOSITION TO JEA'S MOTION TO DISQUALIFY ORRICK**

| Exhibit Number | Description of Document |
|---|---|
| 1 | Power Purchase Agreement, dated as of May 12, 2008 |
| 2 | Official Statement, Plant Vogtle Units 3 & 4 Project J Bonds, Taxable Series 2010A (Issuer Subsidy – Build America Bonds) and Series 2010B (Tax-Exempt) |
| 3 | Opinion Letter of OGC dated April 29, 2009 |
| 4 | Opinion Letter of OGC dated March 11, 2010 |
| 5 | Opinion Letter of OGC dated June 24, 2015 |
| 6 | Opinion Letter of OGC dated September 9, 2015 |
| 7 | Letter from William R. Hollaway to James E. Fuller, dated September 15, 2017 |
| 8 | Letter from J. Allen Maines to James E. Fuller, dated September 29, 2017 |
| 9 | Letter from James E Fuller to JEA, dated February 23, 2018 |
| 10 | Letter from J. Allen Maines to James E. Fuller, dated March 9, 2018 |

1